UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Harvey Pratt</u>

      v.                    05-cv-367-SM

<u>New Hampshire Department of
Corrections, et al.</u>

### O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated March 31, 2006, for the reasons set forth therein.

SO ORDERED.

April 11, 2006

_____
Steven J. McAuliffe
Chief Judge

cc: Harvey Pratt, pro se