UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Harvey Pratt


                    v.                          05-cv-367-SM


New Hampshire Department
of Corrections, et al.


O R D E R


I herewith approve the Report and Recommendation of Magistrate Judge

Muirhead dated June 8, 2006, for the reasons set forth therein, no objection having

been filed.   Plaintiff's motion for injunctive relief is hereby deemed moot.

SO ORDERED.


July  24,  2006                         _____
                                        Steven J. McAuliffe
                                        Chief Judge



cc:    Harvey Pratt, pro se
       Andrew Livernois, Esq.