UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Harvey Pratt

      v.                      05-cv-367-SM

New Hampshire Department
of Corrections, et al.

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated September 25, 2006, for the reasons set forth therein. Plaintiff's Motions for Preliminary Injunction (document nos. 36 and 37) are hereby denied.

SO ORDERED.

October 23, 2006

Steven J. McAuliffe
Chief Judge

cc: Harvey Pratt, pro se
     Andrew Livernois, Esq.