UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Harvey Pratt</u>

      v.                          05-cv-367-SM

<u>New Hampshire</u>
<u>Department of Corrections, et al.</u>

### O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated May 3, 2007, for the reasons set forth therein. Plaintiff's Motion for Preliminary Injunction on Placement and Retention at NCF (Northern New Hampshire Correctional Facility) (doc. no. 98) is denied.

    SO ORDERED.

June 14, 2007

                                                     Steven J. McAuliffe
                                                     Chief Judge

cc:    Harvey Pratt, pro se
        Andrew Livernois, Esq.